UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DINA GRISELDA ALFARO-MEJIA, ) <br> ) <br>     Petitioner, ) <br> ) <br>   v. ) <br> ) <br> ERIC H. HOLDER, JR., et al., ) <br> ) <br>     Respondents. ) <br> _____ ) | CASE NO. CV 13-795-JAK (AJW) <br><br> JUDGMENT <br><br> JS-6 |

It is hereby adjudged that petitioner's indefinite detention claim is denied and the remainder of the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: February 15, 2013

_____
John A. Kronstadt
United States District Judge